IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEONARD BRANHAM, et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.<br>: 1:15-CV-2401-RWS |
| CRAWFORD & COMPANY, | : |
| Defendant. | : |

## ORDER

This matter is before the Court in this FLSA action upon the parties' Joint Motion to Dismiss [Doc. No. 41]. Having reviewed the proposed settlement agreement, the parties' Joint Motion [Doc. No. 41] is GRANTED. The parties' proposed settlement agreement is approved, and Plaintiffs' claims are DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise stipulated between the parties pursuant to the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 19th day of October, 2015.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)